UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JANICE JONES,

                          Plaintiff,

      -v-

NATIONAL RAILROAD PASSENGER CORP.,

                       Defendant.
-----------------------------------------------------------X

**ORDER**

23-CV-4663 (MKV) (JLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/12/2023

**JAMES L. COTT, United States Magistrate Judge.**

      By Order of Reference dated September 11, 2023 (Dkt. No. 10), Judge Vyskocil referred this case to me for settlement. The parties are directed to advise the Court within 30 days when they wish to schedule the settlement conference. The parties should do so by filing a letter-motion on the docket that indicates at least three dates that are mutually convenient for the parties. Alternatively, counsel are free to e-mail my deputy clerk, David Tam, at [David_Tam@nysd.uscourts.gov](mailto:David_Tam@nysd.uscourts.gov) to find a mutually convenient date for the parties and the Court.

      The settlement conference can be conducted either via video conferencing or in-person. When advising the Court as to their preferred scheduling dates, the parties should indicate which format they prefer. If video conference is requested, the Court will provide additional information about the logistics in advance of the conference. An in-person conference will be permitted only if all participants in the conference (attorneys, clients, and any interpreters) comply with the Court's most

1

2

recent COVID-19 Protocol (available at https://www.nysd.uscourts.gov/covid-19-coronavirus).  For avoidance of doubt, all parties must agree to proceeding by video conference or an in-person conference and make a joint application for the method that is preferred.

    **SO ORDERED.**

Dated: September 12, 2023
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge